IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01302-LTB-MEH

VICKI WESEMAN,

    Plaintiff,

v.

ADAMS-ARAPAHOE SCHOOL DISTRICT 28J,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 5, 2015.**

    The Stipulated Motion for Protective Order [filed October 1, 2015; docket #21] is **denied without prejudice**. The Court will not retain jurisdiction over a case once it is closed; accordingly, the Court cannot accept the provision in paragraph 13 concerning Court action at or after "the conclusion of this case."

    Should the parties choose to modify the proposed order and re-file the motion, the Court reminds the parties to submit to the Court via email a copy of the proposed protective order in useable format (Word, Word Perfect).