IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01302-LTB-MEH

VICKI WESEMAN,

    Plaintiff,

v.

ADAMS-ARAPAHOE SCHOOL DISTRICT 28J,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 16, 2015**.

    The Joint Motion to Amend Scheduling Order [filed December 15, 2015; docket #27] is **granted in part and denied in part**. For good cause shown, paragraph 9 of the Scheduling Order shall be modified as follows:

| | |
|---|---|
| Initial expert designation: | February 29, 2016 |
| Rebuttal expert designation: | March 30, 2016[1] |
| Discovery cutoff: | April 29, 2016 |
| Dispositive motions deadline: | May 31, 2016 |

All other deadlines and conference dates shall remain the same.

---

[1] The motion did not seek an extension of this deadline; however, the Court will permit such extension in the interest of justice and in accordance with the federal rules.